PROB 12A
(SDIA 05/23)

# UNITED STATES DISTRICT COURT
### FOR THE
## SOUTHERN DISTRICT OF IOWA

### Report on Offender Under Supervision

**Name of Offender:** Jacob Benjamin Tuttle               **Case Number:** 1:19-cr-00075-001

**Name of Sentencing Judicial Officer:** Rebecca Goodgame Ebinger, U.S. District Judge

**Date of Original Sentence:** April 12, 2021

**Original Offense:** 18 U.S.C. §§ 922(g)(1), 922(g)(3), 924(a)(2) – Prohibited Person in Possession of a Firearm

**Original Sentence:** 84 months' imprisonment; 36 months' supervised release

**Date of Amended Sentence:** January 3, 2024

**Amended Sentence:** 67 months' and 13 days' imprisonment; 36 months' supervised release

**Reason for Amended Sentence:** Correction of Sentence for Clerical Mistake

**Date Original Supervision Commenced:** January 30, 2026

**Date Current Supervision Commenced:** January 30, 2026

**All Prior Reports & Actions:** None

### PETITIONING THE COURT

The probation officer believes that the offender has violated one or more conditions of supervision, as outlined below:

### Violations

1. Use of a Controlled Substance – Methamphetamine

2. Alcohol Use

Nature of Noncompliance

On May 20, 2026, Mr. Tuttle reported to the Probation Office as directed. During the contact, Mr. Tuttle provided a urinalysis which was positive for methamphetamine and alcohol. Mr. Tuttle signed an admission of use form, admitting he consumed alcohol between the dates of May 15, 2026, and May 19, 2026. Additionally, Mr. Tuttle admitted he used methamphetamine on May 19, 2026.

**U.S. Probation Officer Action:**

This probation officer counseled Mr. Tuttle on the severity of his noncompliance. This officer will increase Mr. Tuttle's random drug tests. Increased drug testing will occur at Heartland Family Service, Mr. Tuttle's residence, and the Probation Office. Additionally, Mr. Tuttle was directed to report the relapse to his treatment provider at Ponca Health Services. Mr. Tuttle will be required to follow any recommendations of his treatment provider.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    May 20, 2026

by: *Christopher Hicks*

Chris Hicks
U.S. Probation Officer

**The Probation Office recommends that no further action be taken at this time.**

The United States Attorney's Office:

☑   Does not object to the proposed action.

☐   Objects but does not request a formal hearing
      be set.

Jason T. Griess

Assistant United States Attorney

☐   Objects and will petition the Court requesting
      that a formal hearing be set.

Signature

THE COURT ORDERS:

*No response or signature is necessary unless the Court directs that additional action be taken as follows:*

☐   Submit a request for modification of the condition
      or term of supervision.

☐   Submit a request for warrant or summons.
      be set.

Signature of Judicial Officer

☐   Other:

Date